**Erma Belter, appellant, v. Fred E. Belter, appellee. Fred E. Belter, appellee, v. Erma Belter, appellant. Gen. No. 25,953.**

Bill by wife for separate maintenance on ground of desertion. Cross-bill by husband. Original bill dismissed. Decree on cross-bill. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in this court at the March

term, 1920. Reversed and remanded with directions. Opinion filed October 11, 1920.

John A. Irrmann, for appellant. Harry Brown, for appellee; Richard H. C. Miller, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.